## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. THOMAS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 07-0034-KD-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 24, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of November, 2007.

                                   **s/ Kristi K. DuBose**
                                   **KRISTI K. DuBOSE**
                                   **UNITED STATES DISTRICT JUDGE**