IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| **MICHAEL D. THOMAS,** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | Civil Action 07-0034-KD-C |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | )<br><br>) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 17, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of August, 2008.

 s/ Kristi K. DuBose
 KRISTI K. DuBOSE
 UNITED STATES DISTRICT JUDGE